✎AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__   District of   __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| SUMER CORAM | Case Number: 2:12CR20052-001 |
| | USM Number: 11257-010 |
| | James B. Pierce |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   plead guilty to violation of condition(s)   __Listed below__   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition - New Law Violation | July 5, 2015 |
| 2 | Standard Condition - Leave Judicial District without Permission | June 3, 2015 |
| 3 | Standard Condition - Follow the instructions of U.S.P.O. | July 21, 2015 |
| 4 | Standard Condition - Notify U.S.P.O. 10 Days Prior to Address Change | July 21, 2015 |
| 5 | Mandatory Condition - New Law Violation | August 10, 2015 |
| 6 | Standard Condition - Leave Judicial District without Permission | August 10, 2015 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   xxx-xx-8289

Defendant's Date of Birth:   xx-xx-1978

Defendant's Residence Address:
xxxxxxxxxxxxx
Van Buren, AR

Defendant's Mailing Address:
Same as above

December 10, 2015
Date of Imposition of Judgment

/S/ P. K. Holmes, III
Signature of Judge

Honorable P. K. Holmes, III, Chief United States District Judge
Name and Title of Judge

December 10, 2015
Date

Judgment — Page 2 of 2

DEFENDANT: SUMER CORAM
CASE NUMBER: 2:12CR20052-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Six (6) months with no term of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL